WILLIAM TAMAYO, REGIONAL ATTORNEY
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SAN FRANCISCO DISTRICT
350 THE EMBARCADERO, SUITE 500
SAN FRANCISCO, CALIFORNIA 94105-1260

JOHN F. STANLEY, SUPERVISORY TRIAL ATTORNEY
TERI HEALY, SENIOR TRIAL ATTORNEY
CARMEN FLORES, SENIOR TRIAL ATTORNEY
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WA 98104
teri.healy@eeoc.gov
Tel:  (206) 220-6916
Fax: (206) 220-6911

ATTORNEYS FOR PLAINTIFF EEOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PENDLETON DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　　　　　v.<br>RIVER POINT FARMS, LLC; RPF HOLDINGS, LLC dba RIVER POINT FARMS, LLC, AND CIC PARTNERS, LLC dba RIVER POINT FARMS, LLC<br><br>　　　　　Defendants. | CIVIL ACTION NO.<br><br>**COMPLAINT**<br>**Title VII Action**<br>**DEMAND FOR JURY TRIAL** |

**COMPLAINT AND JURY TRIAL DEMAND**
**Page 1 of 6**

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6885
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex and to provide appropriate relief to Charging Party Joaquina Ramirez ("Ms. Ramirez). The Equal Employment Opportunity Commission alleges that defendants River Point Farms, LLC, RPF Holdings, LLC dba River Point Farms, LLC, and CIC Partners, LLC dba River Point Farms LLC (hereinafter, collectively, "River Point Farms" or "Defendants") subjected Ms. Ramirez to a hostile work environment because of her sex (female), discharged her because of her sex and laid her off and failed to rehire her in retaliation for her complaints of discrimination. Plaintiff seeks monetary relief, including non-pecuniary compensatory and punitive damages, and injunctive relief.

JURISDICTION AND VENUE

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. sections 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2.      The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Oregon.

PARTIES

3.      Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and

**COMPLAINT AND JURY TRIAL DEMAND**
**Page 2 of 6**

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6885
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) of Title VII, 42 U.S.C. §2000e-5(f)(1).

4. At all relevant times, defendant River Point Farms, LLC and RPF Holdings, LLC dba River Point Farms, LLC have been corporations continuously doing business in the State of Oregon and has continuously had at least 15 employees.

5. At all relevant times, defendant CIC Partners, LLC dba River Point Farms, LLC has been a corporation continuously doing business in the State of Oregon and has continuously had at least 15 employees.

6. At all relevant times, defendant RPF Holdings, LLC dba River Point Farms, LLC has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§2000e-(b), (g) and (h).

7. At all relevant times, defendant CIC Partners has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§2000e-(b), (g) and (h).

## STATEMENT OF CLAIMS

8. More than thirty days prior to the institution of this lawsuit, Ms. Ramirez filed a charge with the Commission alleging violations of Title VII by Defendants. All conditions precedent to the institution of this lawsuit have been fulfilled.

9. From approximately May 2005 through September 2010, Defendants engaged in unlawful employment practices at their Hermiston, Oregon facility in violation of § 703(a) and

**COMPLAINT AND JURY TRIAL DEMAND**
**Page 3 of 6**

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6885
Facsimile: (206) 220-6911
TDD: (206) 220-6882

§704(a) of Title VII, 42 U.S.C. § 2000e-2(a) and § 2000e-3(a).  Defendants engaged in these unlawful practices by subjecting Ms. Ramirez to harassment because of her sex, female, discharging her because of her sex and laying her off and not timely rehiring her in retaliation for her complaints of discrimination.

10. The practices complained of in paragraph 9 by Ms. Ramirez include, but are not limited to, the following:  Ms. Ramirez's direct supervisor, the Crew Supervisor, subjected Ms. Ramirez to verbal abuse.  The Crew Supervisor made unwanted sexual comments and requests for sexual favors, including describing his preference for thin women and that he planned to call Ms. Ramirez to arrange a sexual encounter at a hotel.  The Crew Supervisor also made comments that women are inferior to men, that men, including her co-worker husband, should beat women as a means of controlling them and that she should submit to her husband.  More than once, the Crew Supervisor publicly encouraged Ms. Ramirez's husband to kill her.  After her spouse attempted to kill her in September of 2010, the Crew Supervisor blamed her for causing her husband's arrest and fired her.  After returning to work Ms. Ramirez was laid off much sooner than others and not rehired for several months while others were hired in her stead.  Moreover, the Crew Supervisor was aware of ongoing co-worker harassment directed at Ms. Ramirez, failed to take appropriate action and encouraged the behavior to continue.

11. The effect of the practices complained of in paragraphs 9 and 10 above has been to deprive Ms. Ramirez of equal employment opportunities and otherwise adversely affected her status as an employee.

**COMPLAINT AND JURY TRIAL DEMAND**
**Page 4 of 6**

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6885
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

12. The unlawful employment practices complained of in paragraphs 9 and 10 above were intentional.

13. The unlawful employment practices complained of in paragraphs 9 and 10 above were done with malice or with reckless indifference to the federally protected rights of Ms. Ramirez.

### PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendants, its officers, successors, agents, assigns, and all persons in active concert or participation with it, from engaging in any employment practices which discriminate.

B. Order Defendants to institute and carry out policies, practices, and programs which provide equal employment opportunities for all employees, and which eradicate the effects of its past and present unlawful employment practices.

C. Order defendant to make whole Ms. Ramirez by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of in paragraphs 9 and 10 above, including without limitation emotional pain, suffering, and loss of enjoyment of life, in amounts to be determined at trial.

D. Order defendant to pay Ms. Ramirez punitive damages for its malicious and reckless conduct described in paragraphs 9 and 10 above, in amounts to be determined at trial.

E. Grant such further relief as the Court deems necessary and proper in the public interest.

**COMPLAINT AND JURY TRIAL DEMAND**
Page 5 of 6

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6885
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

F.      Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this 28th day of September, 2012.

| | |
|---|---|
| WILLIAM R. TAMAYO<br>Regional Attorney | P. DAVID LOPEZ<br>General Counsel |
| JOHN F. STANLEY<br>Supervisory Trial Attorney | JAMES L. LEE<br>Deputy General Counsel |
| TERI HEALY<br>Senior Trial Attorney | GWENDOLYN Y. REAMS<br>Associate General Counsel |
| CARMEN FLORES<br>Senior Trial Attorney | |

BY:    /s/ John F. Stanley
JOHN F. STANLEY
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Seattle Field Office                                         Office of the General Counsel
909 First Avenue, Suite 400                          131 "M" Street NE
Seattle, Washington 98104                           Washington, D.C. 20507

Attorneys for Plaintiff EEOC

**COMPLAINT AND JURY TRIAL DEMAND**
**Page 6 of 6**

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6885
Facsimile: (206) 220-6911
TDD: (206) 220-6882